# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. MEEKS, II,<br><br>   Petitioner,<br><br>  v.<br><br>GARY SWARTHOUT, Warden,<br><br>   Respondent. | Case No. CV 11-6517 SJO (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 7, 2012

*S. James Otero*
_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE